U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

JUL 1 5 2008

ROBERT H. SHEMWELL, CLERK
BY _____
        DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

CARMEN GRICCO                                   CIVIL ACTION NO. 08-0786
        FED. REG. NO. 54747-066
VS.                                             SECTION P
                                                JUDGE DRELL
JOE KEFFER, WARDEN                              MAGISTRATE JUDGE KIRK


# J U D G M E N T

For the reasons stated in the Report and Recommendation of

the Magistrate Judge previously filed herein, and after an

independent review of the record, including the objections filed

by petitioner, and having determined that the findings and

recommendation are correct under the applicable law;

IT IS ORDERED THAT the Petition for Writ of *Habeas Corpus* be

DENIED and DISMISSED WITH PREJUDICE because the Court lacks

jurisdiction to consider these claims.

THUS DONE AND SIGNED, in chambers, in Alexandria, Louisiana,

on this _____14_____ day of _____July_____, 2008.


                                    DEE D. DRELL
                                    UNITED STATES DISTRICT JUDGE